IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )           8:01CR150
                                )
        v.                      )
                                )
TYRONE BARNES,                  )           ORDER
                                )
                Defendant.      )
_____)


        This matter is before the Court on plaintiff's motion

for leave of Court to dismiss indictment without prejudice

(Filing No. 3).  The Court finds said motion should be granted.

Accordingly,

        IT IS ORDERED that plaintiff's motion to dismiss

indictment without prejudice is granted; this proceeding remains

under seal.

        DATED this 31st day of March, 2006.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                            LYLE E. STROM, Senior Judge
                            United States District Court